Henry Laraby, Appellant, v. William M. Pellett, Respondent, Impleaded, etc. — Order affirmed, with costs. Opinion by Follett, J.

George H. Paine, Appellant, v. The Trustees and Inhabitants of the Village of Delhi, Respondents —Judgment affirmed, with costs. Opinion by Hardin, P. J.

David H. Surdam, Respondent, v. John Hudson, Appellant. — Judgment and order affirmed, with costs. Opinion by Boardman, J.

Charles H. Pott, Respondent, v. Elias A. Wilkinson and others, Appellants. — Judgment and order reversed and a new trial ordered, with costs to abide the event. Opinion by Follett, J.

Hobart A. Bedell, Respondent, v. August Von Hage, Appellant. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

In the Matter of the General Assignment of Peter H. Mitchell, etc., to George A. Shutts, Alfred C. Tennant, Receiver, Appellant. — The order entered July 2, 1885, affirmed, with costs to the respondent, to be paid by appellant out of any funds in his hands as receiver (96 N. Y., 37), and the order entered October 7, 1885, affirmed, without costs. Opinion by Hardin, P. J. ; dissenting opinion by Follett, J.

Augustus W. Kingsbury and another, as Assignees in Bankruptcy, etc., Appellants, v. William W. Thomas and another, Respondents. — Judgment and order affirmed, with costs. Opinion by Boardman, J., and Hardin, P. J. ; Follett, J., not voting.

William P. Butler and another v. Byron Pond, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements.

George C. Carter, Respondent, v. Emily P. Beckwith, Administratrix, etc., Appellant. — Order affirmed, with ten dollars costs and disbursements.

Simon Mather, as Executor, Respondent, and another, v. Gilbert E. Parsons, Appellant. — Order affirmed, with ten dollars costs and disbursements.

Henry A. Deimel and another v. William R. Olney. — Order affirmed, with ten dollars costs and disbursements, on opinion of Merwin, J., at Special Term.

Sophia Boeram v. Jennie E. Fletcher, Impleaded. — Order affirmed, with costs and disbursements.

Kate L. Tyler v. William A. Tyler. — Order affirmed, with ten dollars costs and disbursements.

George M. Grant and others, Respondents, v. George Clarke, Appellant. — Judgment affirmed, with costs. Opinion by Boardman, J.

Rice Lewis v. Caroline H. Merriam. — Judgment affirmed, with costs.

Ithaca Fire Department v. Henry B. Beecher and others. — Order affirmed, with ten dollars costs and disbursements ; Boardman, J., not sitting.

Erastus H. Benn, Respondent, v. Lewis M. Smith and Francis G. Hall, Appellants. — Judgment affirmed, with costs.

Erastus H. Benn, Appellant, v. Lewis M. Smith, Respondent. — Judgment affirmed, with costs.

Jerome B. Moore and others v. Charles Demong and others.— Order reversed, with ten dollars costs and disbursements to abide event.

Melville B. Cummings v. James Bulkley and another. — Order affirmed, with ten dollars costs and disbursements.

The People ex rel. Thompson Kingsford v. The Board of Supervisors of Oswego county.—Order affirmed, with ten dollars costs and disbursements.

The People ex rel. Richard J. Oliphant v. The Board of Supervisors of Oswego county.— Order affirmed, with ten dollars costs and disbursements.

Robert E. Philips, Appellant, v. Perry Calkins and Thankful Calkins, Respondents.— Motion for leave to appeal to the Court of Appeals denied Per Curiam opinion filed with the clerk of Oneida.

Cyrus C. Wilcox v. Perry Calkins and another.— Motion denied. Per Curiam memorandum filed with the clerk of Oneida.

Cornelius Bort and another, Respondents, v. Adam J. Snell, Appellant.— Motion for reargument and for leave to appeal to Court of Appeals denied, with ten dollars costs.

Mary Finley, Respondent, v. Ann Finley, Appellant — Motion for leave to appeal to Court of Appeals denied.

Wilbur S. Peck and others v. Isaac P. Powers.— Motion denied.

The Mutual Life Insurance Company v. Thomas H. Anthony and another, Appellants, The National Bank Loan Company, Respondents. — Order of Special Term reversed, with ten dollars costs and disbursements to be paid by respondents, and a new hearing ordered before another referee to be appointed by the Special Term. Opinion by Churchill, J. ; dissenting opinion by Follett, J.

Horace Bush and another, Administrators, Respondents, v. Henry L. Roberts, Appellant.— Judgment affirmed, with costs in opinions of Williams, J., delivered at Special Term.

Same v. Same.— Order vacating attachment reversed, with ten dollars costs and disbursements. Opinion by Churchill, J.

John Bowen, Appellant, v. The City of Rome, Respondent. — Judgment affirmed, with ten dollars costs. Opinion by Churchill. J.

Adrian Hill, Respondent, v. The Rome, Watertown and Ogdensburg Railroad Company, Appellant.— Judgment and order affirmed, with costs. Opinion by Churchill, J.

Isaac Johnson, Respondent, v. Montello H. Gibson, Appellant. — Judgment and order affirmed, with costs. Opinion by Churchill, J. ; Follett, J., not sitting.

The Syracuse Water Company, Appellant, v. The City of Syracuse, Respondent.

Same v. The City of Syracuse and The Central City Water-Works Company, Respondents.— Judgment in each case affirmed, with costs. Opinion by Follett, J.

Frank Landers v. The Watertown Fire Insurance Company.— Reargument ordered in the Fifth Judicial Department. Memorandum filed with the clerk of Oneida county. Hardin, P. J., not sitting.

Michael McCarthy, Respondent, v. James O'Hara, Appellant.— Judgment affirmed, with costs. Opinions by Boardman, J., and Follett, J. ; dissenting opinion by Hardin, P. J.

Norman C. Newell and another, Respondents, v. The City of Utica, Appellant.— Judgment reversed and a new trial ordered, with costs to abide the event. Opinion by Follett, J.; Mem. by Hardin, P. J.